Roger A. Raimond, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attorney for Defendant
Square One Holding Corp.
875 Third Avenue, 9th Fl.
New York, New York 10022-0123
(212) 603-6300
rar@robinsonbrog.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED CENTRAL BANK, successor by acquisition to Mutual Bank<br><br>                                        Plaintiff,<br><br>- against -<br><br>TEAM GOWANUS, LLC, SQUARE ONE HOLDING CORP., PETER MOORE, PETER KOVACS, JOHN SUTTER, BEN HANSEN ARCHITECT LLC, ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK and "JOHN DOE: #1-10, "MARY DOE" #1-10, and "JANE DOE" #1-10, the names of the last 30 defendants being fictitious, said defendants' true names being unknown to plaintiff, it being thereby intended to designate holders of judgments and/or liens and/or other interest which affect the mortgaged premises described in the complaint, and other persons or entitles who may be in possession of portions of the mortgaged premises described in the complaint,<br><br>                                        Defendants. | Civil Action No.:<br>CV 10-3850 (ERK) (VVP)<br><br>ECF CASE<br><br>SQUARE ONE HOLDING CORP.'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Fed R. Civ. P. 7.1, the undersigned counsel for defendant Square One

Holding Corp. ("Square One") certifies that there are no corporate parents, subsidiaries of

{00578601.DOC;1 }

affiliates of Square One which are publically held.


Dated: New York, New York
       June 8, 2012


                                  Robinson Brog Leinwand Greene
                                  Genovese & Gluck P.C.


                                By: _/s/ Roger A. Raimond_____
                                    **Roger A. Raimond, Esq.**
                                Attorney for Defendant
                                Square One Holding Corp.
                                875 Third Avenue, 9th Fl.
                                New York, New York 10022-0123
                                (212) 603-6300
                                rar@robinsonbrog.com