Roger A. Raimond, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attorney for Defendant
Square One Holding Corp.
875 Third Avenue, 9th Fl.
New York, New York 10022-0123
(212) 603-6300
rar@robinsonbrog.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED CENTRAL BANK, successor by acquisition to Mutual Bank<br><br>                                              Plaintiff,<br><br>- against -<br><br>TEAM GOWANUS, LLC, SQUARE ONE HOLDING CORP., PETER MOORE, PETER KOVACS, JOHN SUTTER, BEN HANSEN ARCHITECT LLC, ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK and "JOHN DOE: #1-10, "MARY DOE" #1-10, and "JANE DOE" #1-10, the names of the last 30 defendants being fictitious, said defendants' true names being unknown to plaintiff, it being thereby intended to designate holders of judgments and/or liens and/or other interest which affect the mortgaged premises described in the complaint, and other persons or entitles who may be in possession of portions of the mortgaged premises described in the complaint,<br><br>                                              Defendants. | Civil Action No.:<br>CV 10-3850 (ERK) (VVP)<br><br>ECF CASE<br><br>CERTIFICATE<br>OF SERVICE |

   I hereby certify that on June 8, 2012, I electronically filed defendant Square One

Holding Corp.'s Memorandum of Law in Opposition to United Central Bank's Motion

for Summary Judgment of Foreclosure and in Further Opposition to Dismissal of Square

One's Answer and Counterclaims dated June 8, 2012, the Affidavit of Salvatore Stratis

{00578602.DOC;1 }

sworn to June 5, 2012, Square One Holding Corp.'s Response to Plaintiff's Rule 56.1 Statement dated June 4, 2012, Counterstatement of Material Facts Pursuant to Local Rule 56.1 dated June 8, 2012, and Rule 7.1 Disclosure Statement with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: New York, New York
      June 8, 2012

                                      _/s/ Roger A. Raimond_____
                                        **Roger A. Raimond, Esq.**