Jeffrey C. Ruderman (JR-7812)
Cyruli Shanks Hart & Zizmor, LLP
Attorney for Defendants Team
Gowanus LLP, Peter Moore, Peter
Kovacs and John Sutter
420 Lexington Avenue Suite 2320
New York, NY 10170
(212) 661-6800
Fax (212) 661-5350
jruderman@cshzlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED CENTRAL BANK, successor by acquisition
to Mutual Bank,

                              Plaintiff,

    -against-

TEAM GOWANUS, LLC, SQUARE ONE
HOLDING CORP., PETER MOORE, PETER
KOVACS, JOHN SUTTER, BEN HANSEN
ARCHITECT LLC, ENVIRONMENTAL CONTROL
BOARD OF THE CITY OF NEW YORK, "JOHN DOE"
#1-10, "MARY DOE" #1-10 AND "JANE DOE",

                              Defendants.
-------------------------------------------------------------------x

Case No. 10-CV-3850(ERK)(VVP)

AFFIRMATION OF JEFFREY C. RUDERMAN, ESQ. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

      JEFFREY C. RUDERMAN, an attorney duly admitted to practice law in the courts of this state, hereby affirms the following under penalty of perjury:

      1.      I am of counsel to the firm of Cyruli Shanks Hart & Zizmor LLP, attorneys for defendants Team Gowanus, LLC ("Team Gowanus") and the individual defendants, and as such, I am fully familiar with the facts and circumstances of this matter.

2. I submit this affirmation in opposition to plaintiff United Central Bank's ("UCB") motion for summary judgment pursuant to FRCP 56.

3. Annexed hereto as Exhibit "A" is a copy of a complaint filed in the United States District Court for the Northern District of Illinois.

4. Annexed hereto as Exhibit "B" is a copy of the Loss Share Agreement between UCB and the FDIC.

5. Annexed hereto as Exhibit "C" is a copy of an email from Joseph Haskett dated August 6, 2009.

6. Annexed hereto as Exhibit "D" is a copy of an email from Joseph Haskett dated August 6, 2009.

7. Annexed hereto as Exhibit "E" is a copy of an email from Andrew Kettinbrink dated August 10, 2009.

8. Annexed hereto as Exhibit "F" is a copy of an email from Joseph Haskett dated August 24, 2009.

9. Annexed hereto as Exhibit "G" is a copy of an email from Dave Clark dated August 24 2009.

10. Annexed hereto as Exhibit "H" is a copy of a term sheet from the offices of Wayne Osoba.

Dated:  June 8, 2012
        New York, New York

JEFFREY C. RUDERMAN