UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED CENTRAL BANK, successor by acquisition to Mutual Bank<br><br>Plaintiff,<br><br>-against-<br><br>TEAM GOWANUS, LLC, SQUARE ONE HOLDING CORP., PETER MOORE, PETER KOVACS, JOHN SUTTER, BEN HANSEN ARCHITECT LLC,  ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK, "JOHN DOE" #1-10, "MARY DOE" #1-10, and "JANE DOE" #1-10, the names of the last 30 defendants being fictitious, said defendants' true names being unknown to plaintiff, it being thereby intended to designate holders of judgments and/or liens and/or other interests which affect the mortgaged premises described in the complaint, and other persons or entities who may be in possession of portions of the mortgaged premises described in the complaint,<br><br>Defendants. | Civil Action No. CV 10 - 3850 (ERK)(VVP)<br><br>**ECF CASE**<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on July 13, 2012 I electronically filed United Central Bank's Reply Memorandum of Law in Further Support of Motion for Summary Judgment with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.         /s/

                                                                                               Scott J. Steiner, Esq.