UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

UNITED CENTRAL BANK,

Plaintiff,

v.

TEAM GOWANUS, LLC, et al.,

Defendants.

10 CV 3850 (ERK) (VVP)

**NOTICE OF APPEARANCE**

ECF Case

PLEASE TAKE NOTICE that Franklin B. Velie of Sullivan & Worcester LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned proceeding for defendant John Sutter and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated: New York, New York
July 24, 2012

SULLIVAN & WORCESTER LLP

By: /s/*Franklin B. Velie*
Franklin B. Velie
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
fvelie@sandw.com

*Attorneys for John Sutter*