# STEINER & KOSTYN, LLP

*ATTORNEYS AT LAW*

2 William Street Suite 302

White Plains, N.Y.  10601

Telephone (914) 437-8422

Fax (914) 328-8648

Kevin F. Kostyn*
Scott J. Steiner

*Member of NY and NJ Bars

<u>VIA ECF</u>

May 2, 2013

Hon. Edward R. Korman, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East – 918 South
Brooklyn, New York 11021

United Central Bank v. Team Gowanus, et. al
<u>Case No. 10-CV-3850 (ERK) (VVP)</u>

Dear Honorable Sir:

    This firm represents plaintiff United Central Bank in the above-referenced action. Further to Your Honor's Order dated April 29, 2013, United Central Bank has no objection to the proposed form of counter-order appointing a referee submitted by defendants' counsel Jeffrey C. Ruderman.

    Thank you for your consideration in this regard.

    Respectfully,

    /s/

    Kevin F. Kostyn

cc: Jeffrey C. Ruderman, Esq. (via e-mail and ECF)
    Roger A. Raimond, Esq. (via e-mail and ECF)