Jeffrey C. Ruderman (JR-7812)
Cyruli Shanks Hart & Zizmor, LLP
Attorney for Defendants Team
Gowanus LLP, Peter Moore, Peter
Kovacs and
John Sutter
420 Lexington Avenue Suite 2320
New York, NY 10170
(212) 661-6800
Fax (212) 661-5350
jruderman@cshzlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED CENTRAL BANK, successor by acquisition
to Mutual Bank,

                                                Plaintiff,

                                         Case No. 10-CV-3850(ERK)(VVP)

      -against-                                ORDER APPOINTING REFEREE

TEAM GOWANUS, LLC, SQUARE ONE HOLDING
CORP., PETER MOORE, PETER KOVACS, JOHN
SUTTER, BEN HANSEN ARCHITECT LLC,
ENVIRONMENTAL CONTROL BOARD OF THE CITY
OF NEW YORK, "JOHN DOE" #1-10, "MARY DOE" #1-
10, and "JANE DOE" #1-10, the names of the last 30
defendants being fictitious, said defendants' true names
being unknown to plaintiff, it being thereby intended to
designate holders of judgments and/or liens and/or other
interests which affect the mortgaged premises described in
the complaint, and other persons or entities who may be in
possession of portions of the mortgaged premises described
in the complaint,
                                       Defendants.
-----------------------------------------------------------------x

      Upon the Summons and Amended Complaint and all pleadings and proceedings had herein, and the Court's Memorandum and Order dated November 14, 2012 granting United Central Bank summary judgment and the Memorandum and Order dated February 27, 2013 denying defendants' motion for re-argument, it is hereby

1

ORDERED, that this action be and the same hereby is referred to Edward H. Lehner, Esq., of 180 Cabrini Boulevard, New York, New York 10033, 212-928-4402 as Referee, to ascertain and compute the amount due to the plaintiff for principal and interest or otherwise, upon the note and mortgage being foreclosed in this action by plaintiff; to conduct a hearing in the same manner as a court trying an issue without a jury and at said hearing take proof of the facts and circumstances stated in the amended complaint and to examine the plaintiff or its agents on oath as to any payments which may have been made and to examine and report whether the mortgaged premises should be sold in one parcel, and that on the submission of the Referee's Report and a supplemental affirmation of regularity, plaintiff may move for confirmation thereof and for final judgment of foreclosure and sale, and for costs, disbursements and allowances allowed by law; and it is further

ORDERED, that the Referee shall file his report, setting forth findings of fact and conclusions of law, within thirty days after the cause or matter is finally submitted. A transcript of the testimony together with the exhibits or copies thereof shall be filed with the report; and it is further

ORDERED, that upon the submission of the Referee's Report, the Referee shall submit a request for his reasonable compensation and upon approval of said fees the Plaintiff shall pay the Referee said sum as compensation for his services, which sum may be recouped as a cost of litigation.

SO ORDERED:

/s/ Judge Edward R. Korman
_____
Honorable Edward R. Korman, U.S.D.J.

5/3/13