UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED CENTRAL BANK, successor by acquisition to Mutual Bank<br><br>                                                    **Plaintiff,**<br><br>- against -<br><br>TEAM GOWANUS, LLC, SQUARE ONE HOLDING CORP., PETER MOORE, PETER KOVACS, JOHN SUTTER, BEN HANSEN ARCHITECT LLC, ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK and "JOHN DOE: #1-10, "MARY DOE" #1-10, and "JANE DOE" #1-10, the names of the last 30 defendants being fictitious, said defendants' true names being unknown to plaintiff, it being thereby intended to designate holders of judgments and/or liens and/or other interest which affect the mortgaged premises described in the complaint, and other persons or entitles who may be in possession of portions of the mortgaged premises described in the complaint,<br><br>                                                    **Defendants.** | DOCKET NO.:<br><br>1:10-CV-03850-ERK<br><br>STIPULATION AND<br>ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties appearing in this action, that pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, this action, including all claims and counterclaims, shall be, and the same hereby is, dismissed with prejudice, without costs to any party as against the other. This stipulation may be signed in counterparts and facsimile signatures hereon shall be deemed as original signatures.

{00568140.DOCX;1 }

Dated: New York, New York
January 30, 2014

Steiner & Kostyn LLP

By: _____
Kevin F. Kostyn, Esq

Attorney for Plaintiff
United Central Bank
2 William Street, Suite 302
White Plains, New York 10601
212-254-2677
kkostyn@hotmail.com

Cyruli Shanks Hart & Zizmor LLP

By: _____
Jeffrey C. Ruderman, Esq.

Attorney for Defendants
Team Gowanus LLC, Peter Moore
Peter Kovacs, and John Sutter
420 Lexington Avenue, Suite 2320
New York, New York 10170
212-661-6800
jruderman@cshzlaw.com

Robinson Brog Leinwand Greene
Genovese & Gluck P.C.

By: _____
Roger A. Raimond, Esq.

Attorney for Defendant
Square One Holding Corp.
875 Third Avenue, 9th Fl.
New York, New York 10022-0123
(212) 603-6300
rar@robinsonbrog.com

SO ORDERED:

/s/ Judge Edward R. Korman

_____
Hon. Edward R. Korman, U.S.D.J.

2/5/14

{00568140.DOCX;1 }

Dated: New York, New York
January 30, 2014


Steiner & Kostyn LLP


By: _____
**Kevin F. Kostyn, Esq**

Attorney for Plaintiff
United Central Bank
2 William Street, Suite 302
White Plains, New York 10601
212-254-2677
kkostyn@hotmail.com

| | |
|---|---|
| Cyruli Shanks Hart & Zizmor LLP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. |
| By: _____<br>**Jeffrey C. Ruderman, Esq.** | By: _____<br>**Roger A. Raimond, Esq.** |
| Attorney for Defendants<br>Team Gowanus LLC, Peter Moore<br>Peter Kovacs, and John Sutter<br>420 Lexington Avenue, Suite 2320<br>New York, New York 10170<br>212-661-6800<br>jruderman@cshzlaw.com | Attorney for Defendant<br>Square One Holding Corp.<br>875 Third Avenue, 9th Fl.<br>New York, New York 10022-0123<br>(212) 603-6300<br>rar@robinsonbrog.com |


SO ORDERED:


_____
Hon. Edward R. Korman, U.S.D.J.


{00568140.DOCX;1 }